UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-03-01(FLW) |
| vs. | : | ORDER OF RELEASE |
| JEREMY HUNT | : | |

IT IS on this 6th day of January, 2009 , ORDERED:

That bail be fixed at $ 50,000 and the defendant be released upon,

- [X] executing an unsecured appearance bond. Bond to be co-signed by Artisse Morris.
- [ ] executing an appearance bond and depositing in cash in the registry of the Court _____ 10% of the bail fixed.
- [ ] executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons in the community,

IT IS further ORDERED that the defendant is placed in the custody of Artisse Morris, 1117 Sunset Ave., Asbury Park, NJ 07712 who agrees to supervise the defendant in accordance with all the conditions of release, to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
Artisse Morris
Third Party Custodian

_____
Jeremy Hunt

IT IS further ORDERED that, in addition to the above, the following conditions are imposed:

1. That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

2. That the defendant shall appear at all proceedings as required by this court.

3. That the defendant surrender Passport if he has one and not apply for a new travel documents.

4. That the defendant be restricted in travel to New Jersey, unless approved by Pretrial Services.

5. That the defendant is to report as directed U. S Pretrial Services.

6. That the defendant is to report any change of address to the U.S. Attorney's Office.

7. That the defendant is to submit to drug treatment/testing as deemed appropriate by U.S. Pretrial Services.

IT IS further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Freda L. Wolfson, U.S.D.J.

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
Jacqueline Gore, DEPUTY CLERK

## NOTICE OF PENALTIES APPLICABLE

## TO THE VIOLATION OF CONDITIONS OF RELEASE

Title 18, United States Code, Section 3146(c) provides that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Condition of release include those contained in the Appearance Bond the defendant may be required to execute.

Title 18, United States Code, Section 3150, provides that if the defendant wilfully fails to appear as required he shall incur a forfeiture of any security given or pledged, and, in addition:

1. If the release was in connection with a charge of felony, or while awaiting sentence or pending appeal, he shall be fined not more that $5000.00 or imprisoned not more than five years, or both.

2. If the charge was a misdemeanor, he shall be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both.

3. If the above release relates to an appearance of a material witness, the penalty for wilfully failing to appear is a fine of not more than $1000.00 or imprisonment for not more than one year, or both.